IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions, | ) ) ) | No. 11 C 8194 |
| Appellant, | ) ) | |
| v. | ) ) | On Appeal From: Adv. Pro. No. 09 A 00341 |
| Chicago American Manufacturing, LLC, | ) ) ) | In Chapter 7 Case No. 09 B 05320 |
| Appellee. | ) ) | |

MEMORANDUM ORDER

Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions ("Jarden") has moved, promptly after filing its Notice of Appeal to this Court from the judgment order and accompanying opinion in the captioned adversary proceeding, for a certification of that appeal directly to the Court of Appeals (see 28 U.S.C. §158(d)(2)(A) and Fed.R.Bkcy.P. 9001(f)). This Court's initial review of the appeal papers, including the September 29, 2011 memorandum opinion by Bankruptcy Judge Pamela Hollis that has given rise to the appeal, suggested strongly that the issues posed by the parties' dispute were well teed up for resolution by the Court of Appeals without the need for any intervention by a determination by this Court, which would serve only as a way station en route to the Court of Appeals.

Accordingly this Court requested a response by appellee Chicago American Manufacturing LLC. to Jarden's Motion for Certification of Direct Appeal. That response is now in hand,

and it reads simply:

> Upon further review, Appellee Chicago American Manufacturing LLC has elected not to oppose Appellant's Motion for Certification of Direct Appeal.

This Court therefore certifies, as called for by 28 U.S.C. § 1578(d)(2)(A), that:

> (i) the judgment of the Bankruptcy Court involves a question of law as to which there is no controlling decision of our Court of Appeals or of the Supreme Court; and

> (iii)[1] an immediate appeal from that judgment will materially advance the progress of the proceeding in which the appeal is taken.

Hence this Court grants Jarden's motion. It joins the litigants in recommending that the Court of Appeals accept Jarden's appeal directly.

_____
Milton I. Shadur
Senior United States District Judge

Dated:    December 20, 2011

---

[1] Subsection (ii) is not applicable here.